JAN P. WEIR, State Bar No. 106652
PAUL L. GALE, State Bar No. 65873
STRADLING YOCCA CARLSON & RAUTH
Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CASE NO.: C03-03916-JF<br><br>**JOINT STATUS REPORT, STIPULATION AND [PROPOSED] ORDER** |
| BIOGENEX LABORATORIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CASE NO.: C05-0860-JF |

Pursuant to the Court's request at the August 5, 2005 Case Management Conference, the parties set forth the current deadlines under the Patent Local Rules below. However, in order to accommodate scheduling conflicts during the holidays the parties propose that certain Patent Local Rules deadlines be modified, as follows:

| Current | Modified | Deadline |
| --- | --- | --- |
| August 19, 2005 | Same | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Patent Local Rule 3-1) |
| October 3, 2005 | Same | Preliminary Invalidity Contentions (Patent Local Rule 3-3) |
| October 17, 2005 | Same | Exchange of Proposed Terms and Claim Elements for Construction (Patent Local Rule 4-1) |
| November 7, 2005 | Same | Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent Local Rule 4-2) |
| December 2, 2005 | December 16, 2005 | Joint Claim Construction and Prehearing Statement (Patent Local Rule 4-3) |
| January 2, 2006 | January 27, 2006 | Completion of Claim Construction Discovery (Patent Local Rule 4-4) |
| January 16, 2006 | February 10, 2006 | Opening Claim Construction Brief (Patent Local Rule 4-5(a)) |
| January 30, 2006 | March 3, 2006 | Responsive Claim Construction Brief (Patent Local Rule 4-5(b)) |
| February 6, 2006 | March 17, 2006 | Reply Claim Construction Brief (Patent Local Rule 4-5(c)) |

The parties request that a technology tutorial be scheduled for March 31, 2006, or as soon thereafter as the Court's calendar may permit, and that a *Markman* hearing be scheduled approximately one week after the technology tutorial.

/ / /

| | | |
|---|---|---|
| 1 | Dated: August 12, 2005 | STRADLING YOCCA CARLSON & RAUTH<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Paul L. Gale |
| 4 | | Paul L. Gale |
| 5 | | Attorneys for Plaintiff<br>BIOGENEX LABORATORIES, INC. |
| 6 | | |
| 7 | Dated: August 12, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 8 | | |
| 9 | | By: /s/ Roger J. Chin |
| 10 | | Roger J. Chin |
| 11 | | Attorneys for Defendant<br>VENTANA MEDICAL SYSTEMS, INC. |

### ORDER

PURSUANT TO STIPULATION, the modified Patent Local Rules deadlines are hereby adopted. A technology tutorial is scheduled for __3/31__, 2006, at __9 AM__. A *Markman* hearing is scheduled for __4/7__, 2006, at __9 AM__.

Dated: __8/24/05__

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE