| | |
|---|---|
| 1  JAN P. WEIR, State Bar No. 106652<br>   PAUL L. GALE, State Bar No. 065873 | **E-filed 3/7/06** |
| 2  STRADLING YOCCA CARLSON & RAUTH<br>   A Professional Corporation | |
| 3  660 Newport Center Drive, Suite 1600<br>   Newport Beach, CA 92660-6422 | |
| 4  Telephone: (949) 725-4000<br>   Facsimile: (949) 725-4100 | |

1  JAN P. WEIR, State Bar No. 106652
   PAUL L. GALE, State Bar No. 065873
2  STRADLING YOCCA CARLSON & RAUTH
   A Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5
   Attorneys For Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   A Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES, INC., | CASE NO. C03-03916-JF |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | CASE NO. C05-0860-JF |
| BIOGENEX LABORATORIES, INC., | |
| Plaintiff, | |
| v. | |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER                                        C03 03916 JF
DOCSOC/1155759v1/012398-0003

WHEREAS, defendant's motion for summary judgment of noninfringement, Docket No. 27, is currently pending in Case No. C05-0860-JF, and the Court has taken the matter under submission after argument on the motion, which was held on January 27, 2006;

WHEREAS, a Case Management Conference is scheduled for March 3, 2006, at 10:30 am;

WHEREAS, pursuant to this Court's November 17, 2005 order, the parties were directed to contact the clerk to discuss whether the Case Management Conference should be rescheduled;

WHEREAS, after consulting with the clerk, it was agreed to continue the Case Management Conference for four weeks;

WHEREAS, resolution of the pending motion for summary judgment has the potential to narrow, obviate, or otherwise inform claim construction matters with respect to the asserted '598 patent in this litigation;

IT IS HEREBY STIPULATED, subject to the approval of this Court:

1. The Case Management Conference is rescheduled for March 31, 2006 at 10:30 am.

2. If defendant's motion for summary judgment is still pending on March 24, 2006, the parties are directed to contact the clerk to discuss whether the Case Management Conference should be rescheduled.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER
DOCSOC/1155759v1/012398-0003
-2-
C03 03916 JF

3. If the Case Management Conference is not going to be rescheduled, the parties shall submit a Joint Case Management Statement no later than March 29, 2006.

Dated: February 27, 2006

STRADLING YOCCA CARLSON RAUTH
A Professional Corporation

By: /s/ Paul L. Gale

Paul L. Gale

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

Dated: February 27, 2006

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

By: /s/ Roger J. Chin

Roger J. Chin

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3-7-06

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER
DOCSOC/1155759v1/012398-0003

-3-

C03 03916 JF