JAN P. WEIR, State Bar No. 106652
PAUL L. GALE, State Bar No. 65873
STRADLING YOCCA CARLSON & RAUTH
Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
Facsimile:   (949) 725-4100

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

**\*\*E-filed 5/4/06\*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIOGENEX LABORATORIES, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br>  Defendant. | CASE NO.:  C03-3916-JF <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| BIOGENEX LABORATORIES, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br>  Defendant. | CASE NO.:  C05-0860-JF |

1      WHEREAS, a Case Management Conference is scheduled for May 5, 2006;

2      WHEREAS, resolution of the pending motion for summary judgment has the potential to
3 narrow, obviate, or otherwise inform claim construction matters with respect to the asserted
4 '598 patent in this litigation;

5      IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Case
6 Management Conference is rescheduled for June 2, 2006, at 10:30 a.m.

7

8 Dated: May 1, 2006      STRADLING YOCCA CARLSON & RAUTH
                                 Professional Corporation
9

10
                                 By: /s/ Paul L. Gale
11                                  Paul L. Gale

12                                  Attorneys for Plaintiff
                                 BIOGENEX LABORATORIES, INC.
13

14 Dated: May 1, 2006      WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation
15

16
                                 By: /s/ Roger J. Chin
17                                  Roger J. Chin

18                                  Attorneys for Defendant
                                 VENTANA MEDICAL SYSTEMS, INC.
19

20                                  **ORDER**

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23

24 Dated: 5/3/06      /s/ Jeremy Fogel
                                 HON. JEREMY FOGEL
25                                  UNITED STATES DISTRICT JUDGE

26

27

28