JAN P. WEIR, State Bar No. 106652
PAUL L. GALE, State Bar No. 65873
STRADLING YOCCA CARLSON & RAUTH
Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
Facsimile:   (949) 725-4100

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

RON E. SHULMAN, State Bar No. 178263   **E-filed 5/31/06**
ROGER J. CHIN, State Bar No. 184662
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BIOGENEX LABORATORIES, INC., | CASE NO.:  C03-3916-JF |
|---|---|
| Plaintiff, | CASE NO.:  C05-0860-JF |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE** |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

WHEREAS, a Case Management Conference is currently scheduled for June 2, 2006;

WHEREAS, defendant's motion for summary judgment is pending, and the parties believe that resolution of the pending motion has the potential to narrow, obviate, or otherwise inform claim construction matters with respect to the asserted '598 patent in this litigation;

IT IS HEREBY STIPULATED, subject to the approval of the Court:

1. The Case Management Conference, currently scheduled for June 2, 2006, is hereby vacated.

2. Within 10 days of the Court's ruling on defendant's motion for summary judgment, the parties are directed to file a Joint Case Management Statement, which shall include a proposed schedule for subsequent Patent Local Rules disclosures, a tutorial, and a claim construction hearing. Within the same time period, the parties are directed to contact the clerk to discuss scheduling a Case Management Conference.

Dated: May 30, 2006

STRADLING YOCCA CARLSON & RAUTH
Professional Corporation

By: _____
Paul L. Gale

Attorneys for Plaintiff
BIOGENEX LABORATORIES, INC.

Dated: May 30, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Roger J. Chin

Attorneys for Defendant
VENTANA MEDICAL SYSTEMS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/31/06

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE