**E-filed 8/9/06**

1  JAN P. WEIR, State Bar No. 106652
   PAUL L. GALE, State Bar No. 065873
2  STRADLING YOCCA CARLSON & RAUTH
   A Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5
   Attorneys For Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   A Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

| | |
|---|---|
| 16 BIOGENEX LABORATORIES, INC., | CASE NO. C03-03916-JF |
| 17           Plaintiff, | |
| 18      v. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |
| 19 VENTANA MEDICAL SYSTEMS, INC., | |
| 20           Defendant. | CASE NO. C05-0860-JF |
| 21 BIOGENEX LABORATORIES, INC., | |
| 22           Plaintiff, | |
| 23      v. | |
| 24 VENTANA MEDICAL SYSTEMS, INC., | |
| 25           Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER                                          C03 03916 JF
DOCSOC/1183252v1/012398-0003

1  WHEREAS, on August 3, 2006, the Court scheduled a Case Management Conference for
2  August 11, 2006, at 10:30 a.m.;

4  WHEREAS, counsel for plaintiff has a personal scheduling conflict on that date;

6  WHEREAS, after consulting with the clerk it was agreed to continue the Case
7  Management Conference to August 18, 2006;

9  IT IS HEREBY STIPULATED, subject to the approval of this Court, that the Case
10 Management Conference is rescheduled for August 18, 2006 at 10:30 a.m.

12 Dated: August 4, 2006          STRADLING YOCCA CARLSON RAUTH
                                  A Professional Corporation

14                                By: /s/ Paul L. Gale
                                  Paul L. Gale
15                                Attorneys for Plaintiff
16                                BIOGENEX LABORATORIES, INC.

17 Dated: August 4, 2006          WILSON SONSINI GOODRICH & ROSATI
18                                A Professional Corporation

19                                By: /s/ Roger J. Chin
20                                Roger J. Chin
                                  Attorneys for Defendant
21                                VENTANA MEDICAL SYSTEMS, INC.

                                  **ORDER**

24     PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: 8/9/06                   _____
26                                 HON. JEREMY FOGEL
                                   UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER                                        C03 03916 JF

DOCSOC/1183252v1/012398-0003