**E-filed 11/8/06**

1  JAN P. WEIR, State Bar No. 106652
   STEVEN M. HANLE, State Bar No. 168876
2  STRADLING YOCCA CARLSON & RAUTH
   Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5
   Attorneys for Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BIOGENEX LABORATORIES, INC., | CASE NO.: C03-3916-JF |
|---|---|
| Plaintiff, | CASE NO.: C05-0860-JF |
| v. | **STIPULATION AND [PROPOSED] ORDER TO STAY THE PENDING ACTIONS** |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

24      WHEREAS, the parties are at an advanced stage in settlement negotiations, have

25 discussed the terms of a potential settlement in considerable detail, and are in the process of

26 drafting settlement documents;

27      WHEREAS, the parties believe that there is a high likelihood that the instant litigation

28 will settle without the need for the Court to expend further judicial resources;

STIP. AND [PROPOSED] ORDER                    -1-
CASE NOS. C03-3916-JF, C05-0860-JF

1        WHEREAS, the parties believe it is in their best interests to focus their resources and
2   energies toward attempting to resolve their disputes and, in view of the resources that may be
3   expended in the instant litigation with respect to discovery, Patent Local Rules disclosures, and
4   preparation for a tutorial and *Markman* hearing, believe that a brief stay of the instant cases will
5   facilitate such negotiations;
6        IT IS HEREBY STIPULATED, subject to the approval of the Court:
7        1.   The cases are stayed for 60 days from the date of this order.
8        2.   The dates for further Patent Local Rules disclosures and the tutorial/claim
9   construction hearing are hereby vacated.
10       3.   If the parties have not reached a definitive agreement to settle the cases within the
11  60 day period, the parties shall submit a Joint Proposed Scheduling Order, setting forth proposed
12  dates for Patent Local Rules disclosures and the tutorial/claim construction hearing. Such
13  proposed dates shall follow the previously adopted intervals, taking into account reasonable
14  scheduling accommodations as may be necessary.

16  Dated: October 24, 2006                    STRADLING YOCCA CARLSON & RAUTH
                                               Professional Corporation

                                               By: _____
                                                       Jan P. Weir

                                               Attorneys for Plaintiff
                                               BIOGENEX LABORATORIES, INC.

22  Dated: October 26, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation

                                               By: _____
                                                       Roger J. Chin

                                               Attorneys for Defendant
                                               VENTANA MEDICAL SYSTEMS, INC.

STIP. AND [PROPOSED] ORDER                    -2-
CASE NOS. C03-3916-JF, C05-0860-JF

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/8/06

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE