**E-filed 11/8/06**

1  JAN P. WEIR, State Bar No. 106652
   PAUL L. GALE, State Bar No. 065873
2  STRADLING YOCCA CARLSON & RAUTH
   A Professional Corporation
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
4  Telephone: (949) 725-4000
   Facsimile: (949) 725-4100
5
   Attorneys For Plaintiff
6  BIOGENEX LABORATORIES, INC.

7  RON E. SHULMAN, State Bar No. 178263
   ROGER J. CHIN, State Bar No. 184662
8  WILSON SONSINI GOODRICH & ROSATI
   A Professional Corporation
9  650 Page Mill Road
   Palo Alto, CA 94304-1050
10 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
11
   Attorneys for Defendant
12 VENTANA MEDICAL SYSTEMS, INC.

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

| BIOGENEX LABORATORIES, INC., | CASE NO. C03-03916-JF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO STAY PENDING ACTIONS AND [P~~ROPOSED~~] ORDER THEREON** |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | CASE NO. C05-0860-JF |
| BIOGENEX LABORATORIES, INC., | |
| Plaintiff, | |
| v. | |
| VENTANA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER                                    C03 03916 JF
DOCSOC/1186940v1/012398-0003

1  WHEREAS, the parties have resumed settlement negotiations and are exploring a global
2  settlement of all pending litigation between them;

4  WHEREAS, the parties believe it is in their best interest to focus their resources and
5  energies toward attempting to resolve their disputes and, in view of the resources that may be
6  expended in the instant litigation with respect to Patent Local Rules disclosures and preparation
7  for a tutorial and *Markman* hearing, believe that a brief stay of the instant cases will facilitate
8  such negotiations;

10  WHEREAS, a stay may also provide greater clarity with respect to the status of the
11  ongoing reissue proceedings for the '598 patent;

13  IT IS HEREBY STIPULATED, subject to the approval of this Court:

15  1.  This case is stayed for 60 days from the date of this order, and the dates for Patent
16  Local Rules disclosures (Docket No. 80) and the tutorial/claim construction hearing (Docket No.
17  84) are hereby vacated.

19  2.  If the parties have not reached a definitive agreement to settle this case in the 60
20  day period, within two weeks thereafter, the parties shall submit a Joint Proposed Scheduling
21  Order, setting forth proposed dates for Patent Local Rules disclosures and the tutorial/claim
22  construction hearing.  Such proposed dates shall be approximately 60 days from those presently
23  scheduled, taking into account reasonable scheduling accommodations as may be necessary.

Dated: August 30, 2006         STRADLING YOCCA CARLSON RAUTH, A.P.C.

By: *Paul L. Gale* (signature)
    Paul L. Gale, Attorneys for Plaintiff
    BIOGENEX LABORATORIES, INC.

| | |
|---|---|
| Dated: August 30, 2006 | WILSON SONSINI GOODRICH & ROSATI, A.P.C.<br><br>By: _____<br>Roger J. Chin, Attorneys for Defendant<br>VENTANA MEDICAL SYSTEMS, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/8/06

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION AND [PROPOSED] ORDER

C03 03916 JF

DOCSOC/1186940v1/012398-0003